NANCY JOSEPH
U.S. MAGISTRATE JUDGE

26-C 2174

26-C 2174

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 NOV 23 P 3:34

CLERK OF COURT

## Eastern District of Wisconsin Milwaukee division.

Melvin Stevenson

Plaintiff

Vs

Milwaukee Area Technical College

Defendant

# Complaint

The Plaintiff Melvin Stevenson (herein and after) Pro se sues Defendant MATC (here in after referred to as the plaintiff college and in support alleges the following : Negligent Misrepresentation, Violation of 20 US code 1087dd, Civil Rights act of 1964, Retaliation, Violation of title V of American with Disability act, The Fair Housing act, Emotional Distress, Breach of contract, Violation of Rico 18 U.S.C 1961-1968, 14th Amendment unreasonable seizure 42 U.S.C 1983,Violation of Wis Stat 943.20 identity theft,wirefraud, violation of 18 U.S.C 1595.

# Venues and jurisdiction

(1)I Melvin Stevenson Jr A African American Known residents of Milwaukee County Wisconsin 3112 n 39th apt 2 Zip code 52316.

(2) The Defendant (Milwaukee Area Technical College)Resident of Milwaukee County Wisconsin Address (700 W State st Zip Code 53233. Contact (414-297-6282).

(3) The Complaint described herein took place in Milwaukee county wisconsin.

(4)The location the unlawful act happened is at 700 w State st Milwaukee Wi 53233.

Damages and controversy from pain and suffering and punitive Damages , Claim valued in excess of 100,000,000 /0ne Hundred Million dollars $, Under US jurisdiction code 1331.

# Body

(5)the plaintiff started to attend the college around spring of 2016, During the plaintiff return to the institution in October 2023, I the plaintiff was given inadequate amount in funds in financial aid/loans causing economic harm worsening the plaintiff disability at or around October 31 2023 and March 15 2024 causing homelessness from stolen funds. I the Plaintiff have endured defamatory Statement by the college from the instructors and representative of the college outline in the demand letter, stifling the plaintiff academic progress and enduring delays caused by the college unreasonable payment structure of

having the college student receive funds a month later a semester start and then defrauding the student when it come to receiving your second installment by the end of the semester when classes are done by stealing it for the college benefit unjust enrichment. The plaintiff was denied financial aid after reporting a specified disability at or around August 16 2024 after the plaintiff disability was left in standing for the school year of March 2026, The college does not have a health assessment of students and a regulatory warning for the previous semester is given to some students but not all. The plaintiff would also like to note if my federal student aid was not approved because the plaintiff confronted the college on June 15 of 2024 and made aware the plaintiff knew the college was stealing, after the financial aid director (whom to be named) said he was not going to release the other funds.

(6)I the plaintiff was forced to leave from my housing after it was no specified time to leave at or around june 9 2024 at Westown Green, during the plaintiff time at the facility i was and other student was place under coercion by Wendolyn ROMO at or around april 25 when she ask students and i the plaintiff did i want a job i the plaintiff responded by saying yes Romo replied it would be for a charity i the plaintiff denied her request after telling Romo i do not do community service anymore or work for free.

(7) The plaintiff has faced retaliation from Nadai Ramirez a representative of MATC when the plaintiff tried to serve the (Demand Letter) trying to incriminate the plaintiff making a false report after asking me to come to her office after a nice conversation call MATC police after and they stop me and ask me to leave. See exhibit (a).

(8) Under the legal doctrine the (Borrow Defense) the plaintiff is not required to pay any sum of money to unscrupulous actors. Plaintiff has sent a (Demand Letter) to cure the issue, but Defendant denies all allegations at or around 10/11/2024.

(9) **New distinct act of retaliation,** On 6/15/2025 Danica Olson decided to test my integrity by telling me (why don't you just drop out of the class on the 7th day of the semester during the summer causing emotion depression, and refuse to set a meeting for new course work and technical difficulties MATC occasional would have.. On 6/1/2025 (Ter Her) a college advisor refused to assign me to two classes after repeating that I was accepted to two classes delaying Melvin academic progress, deceiving the plaintiff and being very unprofessional.

On 11/6/2024 Gretchen Davidson a instructor, would not give access after three weeks of trying to figure out what was going and had to ask to get access to my class assignment which she repeated lock me out from completing assignment, The reason for her action was because if i passed her class i would of been over the 67 completion threshold to be accepted for financial aid after not passing because of manipulation i melvin payed 589 to be reassign back in college.

At or around On Jan 7 2025 , Nov 15 2024, March 5 2025 the plaintiff have face racial and homophobic epithets by staff at the college, shouted at me, at or around Sep 5 2025 (Equan) a college staff member stating he so gay for suing the college why don't he just go some where else. All complaints have been summits about staff at the safety office located at MATC.The college staff aggressively stalks i the plaintiff through out the day.

(10)I called the police because the police officer pointed their taser at me because I did not want to be followed and after I filed a complaint against a staff member for touching my personal medical information. I was kicked out of college because of legal proceedings in the form of retaliation. The community college kicked the plaintiff out without following strict (Codified disciplinary procedure) Investigation timeline or (Hearing Rules). Courts have routinely ruled that colleges have committed a breach of contract by barring a student from college after receiving no (notice) or hearing on the matter violating the plaintiff's Civil Right. Using intimidation, bad faith, aggressive behavior, false accusation and threats during communication.

## The Element of Human Trafficking

(1)To exploit a person for labor or commercial sexual activity.

Melvin Stevenson was offered a job a little stormer at MATC (Day Care) facility even though the plaintiff did not start the job because of technical difficulties of college email, the plaintiff never started the job because i did not respond to the email in 10 days after figuring out the technical issue. The definition of Human Trafficking means the harboring, recruiting,transporting so the recruiters or operators have committed a trafficking offense even if the victim never performed services.

(2)Key fact,Force,Fraud,Debt bondage,Coercion, and withholding identity documents.

The defendant held students into debt bondage when dealing with the government when it came to financial aid loans by committing identity theft according to Wis Stat 943.20 and is keeping excess there benefit and unjust enrichment, the plaintiff is alleging the college committing vendor fraud and procurement fraud also unlawful retention or conversion of funds through a false pretext of (we can't trust the student). MATC is committing fraud by keeping the student's second installment of the student financial aid, the college is keeping more than 12000 of fraudulent money belonging to the plaintiff according to the plaintiff's knowledge at or around 0ct 31 2023 and March 30 2024 of financial aid loan being dispersed.Defendant is also lying about plaintiff medical history when i the plaintiff disability was taken into standing jan 21 2024

(3) Core element, to subject the person to forced labor or sex act.

Debt bondage is the primary mechanism where are trapped to work in a cycle for little to no pay off in artificial inflated inescapable debt, I the plaintiff was denied housing at or around june 15 after turning ROMO down to work for a charity after there was (No Timeframe) that i the plaintiff could of been at Westtown Green apartment where MATC help homeless students for 3 months until a time they pay rent or make payments which i the plaintiff was never given i chance to. Other students of color were not treated in such a manner. I the plaintiff also stayed at the Milwaukee Man Shelter, were the defendant was stalking the plaintiff in to the plaintiff knowledge change the shelters policies so if you missed curfew you had to wait the next friday to sign back up no matter if you had a job at around Feb 2025, also after the plaintiff return in Jan 2026 , they restrict all participate of the shelter that you can not be in a lawsuit or litigation or court proceeding while you was at the shelter or you could not stay the milwaukee man shelter and also held people against there well under the direction of MATC Agent in Milwaukee Man Shelter (safe harbor) Rehab program and the people could not have no phones and could not leave the building at all.

(1) The plaintiff has had 4 attempts on my life and the college is aggressively stalking me and has the library tracking me in the city. I have been banned. The Defendant action is affecting interstate and foreign commerce.

(2) The Defendant is committing fraud by diverting funds and halting classes under a false pretext, after the student have shown to have completed 1 percent of class work completed for that semester after the first two weeks after MATC have a sworn agreement that if 100 percent of your assignment have not been completed they drop you from your class but if just one percent was completed out of 100 percent during the first two weeks of the semester you keep your qualification and standing and stay and your classes and get federal funds. In the summer of June 15 of 2025 I was dropped from my class after completing assignments needed to not get dropped from courses after having more technical problems from the college, ruing the plaintiff federal funding.

(3)MATC is not the arm of the state of Wisconsin, MATC is responsible for unlawful interference with education, (The Public Interest) is involved with the allegation.

## Prayer for relief

WHEREFORE the Plaintiff demands judgment against the Defendant MATC for compensatory damages,Economic damages, Non Economic Damages, Punitive Damages and pain and suffering. The Plaintiff is also seeking injunction relief, and the amount of excess 100,000,000,$, Prejudgment interest and post judgment interest as the court deems appropriate, Further the plaintiff demands trial by a jury on all issues so triable.

Respectfully submitted by Melvin Stevenson Melvin Stevenson III

Contact 414-436-6883

Email msteve123vs@gmail.com